[No. 31603-6-I.   Division One.   September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL R. VEILLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00507-3, Frank L. Sullivan, J., entered October 21, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32722-4-I.   Division One.   September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY MICHAEL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03767-1, Richard M. Ishikawa, J., entered November 9, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32269-9-I.   Division One.   September 12, 1994.]

TERENCE BARRETT, ET AL, *Appellants*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-21982-6, Peter Jarvis, J., entered September 15, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Becker, JJ.

[Nos. 29926-3-I; 34200-2-I.   Division One.   September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD F. VENEFRA, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 91-1-01681-6, Larry A. Jordan, J., entered December 24, 1991. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster, C.J., and Coleman, J.